IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| SEAGO | : | 02-3873 |
| STANSBERRY | : | 02-3902 |
| KRUSE | : | 02-3949 |
| SIGWARTH | : | 02-3973 |
| POST | : | 02-4168 |
| BARBER, et al. | : | 02-4220 |
| BRUNDLE, et al. | : | 02-4229 |
| PINEDO, et al. | : | 02-4273 |
| PLAEHN | : | 02-4324 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

## **O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                          **BY THE COURT:**

                          _____
                          **John P. Fullam, Judge**

Case 2:02-cv-03902-JF    Document 2    Filed 07/11/2002    Page 2 of 2